RECEIVED
DEC - 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| LEROY BROWN | CIVIL ACTION NO. 05-1198 |
| VERSUS | JUDGE DOHERTY |
| DIAMOND OFFSHORE DRILLING, INC. ET AL | MAGISTRATE JUDGE METHVIN |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the defendants' Motion for Entry of Judgment;

IT IS HEREBY ORDERED that all claims of the plaintiff, Leroy Brown, are DISMISSED, WITH PREJUDICE, with each party to bear their own costs.

THUS DONE AND SIGNED in Lafayette, Louisiana this 1st day of December, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE